IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LESLIE LEFF AND MEI LI LEFF, ) | CIVIL NO. 15-00176 HG-RLP |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| BERTOZZI FELICE DI GIOVANNI ) | |
| ROVAI & C. SRL; JOHN DOES 1- ) | |
| 10; JANE DOES 1-10; DOE ) | |
| CORPORATIONS 1-10; DOE ) | |
| PARTNERSHIPS 1-10; OTHER ) | |
| ENTITIES 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 24)

Findings and Recommendation having been filed and served on all parties on December 30, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation To Grant in Part and Deny in Part Plaintiff Leslie and Mei Li Leff's Motion for Default Judgment Against Defendant Bertozzi Felice Di Giovanni Rovai & C. SRL (ECF No. 24) are adopted as the opinion and order of this Court with the following modification:

On Page 27, Line 20, Replace "srl" with "SRL".

IT IS SO ORDERED.



/s/ Helen Gillmor
Helen Gillmor
United States District Judge